UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　Plaintiff,　　　　　　) <br>　　v.　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　) <br>ROBERT E. WILLIAMS,　　　　) <br>　　　　Defendant.　　　　　　) | Case No. 21-CR-20064 |

### ORDER APPROVING MAGISTRATE JUDGE'S RECOMMENDATION

On April 7, 2022, a Report and Recommendation (#21) was filed by United States Magistrate Judge Eric I. Long in this case, recommending that Defendant ROBERT E. WILLIAMS's plea of guilty be accepted. More than fourteen days have elapsed, and no objections have been made. This court therefore ACCEPTS the recommendation of the Magistrate Judge. Defendant ROBERT E. WILLIAMS's plea of guilty as to Count 1 of the Indictment (#1) is accepted by the court and Defendant ROBERT E. WILLIAMS is adjudged guilty of Count 1. The court orders the United States Probation Office to prepare a pre-sentence investigation report. Sentencing remains set for August 8, 2022, at 3:00 p.m. in Courtroom A in Urbana, before the undersigned.

Further, Defendant has agreed to the forfeiture of the items described in the Indictment. The Government's Motion for a Preliminary Order of Forfeiture (#23) is therefore GRANTED.

ENTERED this 22nd day of April, 2022.

　　　　　　　　　　　　s/ Colin Stirling Bruce
　　　　　　　　　　　　COLIN S. BRUCE
　　　　　　　　　　　　U.S. DISTRICT JUDGE